David A. Mazie, Esq.(NJ Attorney ID No. 017941986)
Adam M. Slater, Esq. (NJ Attorney ID No. 046211993)
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
P: (973) 228-9898
*Counsel for Defendant Mazie Slater & Pro Se Defendants Mazie and Slater*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC JOHNSON; VANESSA WILLIAMS, EXECUTOR OF THE ESTATE OF GLADYS WILLIAMS, DECEASED, AND VANESSA WILLIAMS, INDIVIDUALLY; MCARTHUR JONES, EXECUTOR OF THE ESTATE OF JANET JONES, DECEASED AND MCARTHUR JONES, INDIVIDUALLY; HENRIETTA WILLIAMS; ELIZABETH LAMPKIN; ROBERT DELOACH, EXECUTOR OF THE ESTATE OF CAROLYN LINDSEY, DECEASED AND ROBERT DELOACH, INDIVIDUALLY; CARMEN MORENO; ROSA, MORENO; THERESA NIX; DEBORAH HENSLEY; LORETTA G. ROBINSON; GREGORY H. HEMPHILL; DELORES HOWARD; MAGGIE CURRY; JEAN FIEBELKORN; ELVINA GALLOW; ANGELA MILLER; GLORIA MCCASTER; CAROLYN SILL; JENNIFER DAVIS; and KATRINA HARRY, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID MAZIE, ESQ., ADAM SLATER, ESQ. and MAZIE SLATER KATZ & FREEMAN LLC, <br><br> Defendants. | Case No.23-cv-3420 <br><br><br><br><br><br><br> **ANSWER BY DEFENDANTS DAVID MAZIE, ESQ., ADAM SLATER, ESQ., AND MAZIE, SLATER, KATZ, AND FREEMAN LLC** |

Defendants David Mazie, Adam Slater, and Mazie, Slater, Katz & Freeman, LLC (collectively "Defendants" or "Mazie Slater") answer Plaintiffs' Complaint as follows.

1

1.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

2.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

3.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

4.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

5.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

6.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

7.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

8.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

9.     Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

10.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

11.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

12.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

13.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

14.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

15.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

16.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

17.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

18.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

19.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

20.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

21.    Defendants have insufficient information to admit or deny the allegations and leave Plaintiffs to their proofs.

22.    Admitted.

23.    Admitted.

## JURISDICTION AND VENUE

24.     Admitted that the Court has personal jurisdiction over Defendants. Denied that the amount in controversy is less than $75,000.

## FACTUAL BACKGROUND

25.     Admitted.

26.     Admitted.

27.     Admitted.

28.     Admitted that Adam Slater was a member of the common benefit committee appointed by the Court. The other allegations are denied.

29.     Denied. Defendants had no obligation to disclose common benefit allocations to their clients.

## FIRST COUNT

30.     Defendants repeat and restate the responses set forth above as if set forth herein at length.

31.     Admitted.

32.     Admitted.

33.     Admitted that the cited rule is accurately quoted.

34.     Admitted that the Benicar litigation involved claims involving the prescription drug Benicar. The other allegations are denied.

## SECOND COUNT

35.     Defendants repeat and restate the responses set forth above as if set forth herein at length.

36. Admitted that the common benefit allocation was made to Defendants. The other allegations are denied.

37. Denied.

38. Denied

## THIRD COUNT

39. Defendants repeat and restate the responses set forth above as if set forth herein at length.

40. Denied.

41. Denied.

42. Denied.

## FOURTH COUNT

43. Defendants repeat and restate the responses set forth above as if set forth herein at length.

44. Denied.

45. Denied.

46. Denied.

## FIFTH COUNT

47. Defendants repeat and restate the responses set forth above as if set forth herein at length.

48. Denied.

49. Denied.

50. Denied.

## SIXTH COUNT

51.     Defendants repeat and restate the responses set forth above as if set forth herein at length.

52.     Denied.

53.     Denied.

WHEREFORE, Defendants demand judgment dismissing the Complaint with prejudice and for such further relief as this Court may deem just and equitable.

## AFFIRMATIVE DEFENSES

1.     The allegations in the Complaint have previously been addressed and dismissed with prejudice.

2.  The Complaint fails to state a claim on which relief can be granted.

Dated: June 23, 2023                          Respectfully submitted,


                                              /s/ Adam M. Slater
                                              Adam M. Slater
                                              **MAZIE SLATER KATZ & FREEMAN, LLC**
                                              103 Eisenhower Parkway
                                              Roseland, New Jersey 07068
                                              (973) 228-9898
                                              *Counsel to Mazie Slater & Pro Se Defendant Slater*

                                              /s/ David A. Mazie
                                              David A. Mazie
                                              **MAZIE SLATER KATZ & FREEMAN, LLC**
                                              103 Eisenhower Parkway
                                              Roseland, New Jersey 07068
                                              (973) 228-9898
                                              *Counsel to Mazie Slater & Pro Se Defendant Mazie*

**CERTIFICATE OF SERVICE**

I, Adam M. Slater, hereby certify that I have this 23rd day of June 2023 caused a true and correct copy of this Answer by Defendants David Mazie, Adam Slater, and Mazie, Slater, Katz & Freeman to be served on the following via electronic mail and hand delivery:

Bruce Nagel
Nagel Rice, LLP
103 Eisenhower Parkway, Suite 103
Roseland, New Jersey 07068
(973) 618-0400
Attorneys for Plaintiffs

Dated: June 23, 2023                    Respectfully submitted,

/s/ *Adam M. Slater*
Adam M. Slater
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898