# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

**Writer's E-mail:**
aslater@mazieslater.com

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

December 2, 2025

**VIA ECF**
Honorable Matthew J. Skahill, U.S.M.J.
United States District Court
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

    Re:    ***Johnson, et al v. Mazie, et al.,***
                **Case No. 23-cv-3420-KMW-MJS**

Dear Judge Skahill:

Please accept this letter on behalf of Defendants David A. Mazie, Adam M. Slater, and Mazie Slater Katz & Freeman, LLC ("Defendants") pursuant to the November 18, 2025 Text Order [ECF No. 81], proposing a briefing schedule for the remaining issues.

The parties have exchanged proposals, but unfortunately could not reach agreement. As such, Defendants propose:

**<u>Order Denying Request for Supplemental Discovery:</u>**

Plaintiffs filed their appeal on November 26, 2025.

Hon. Matthew J. Skahill, U.S.M.J.
December 2, 2025
Page 2

Pursuant to L. Civ. R. 72.1(c)(1)(A), Defendants' response to Plaintiffs' appeal is due on <u>December 22, 2025</u> (*i.e.* 14 days prior to the January 5, 2026 return date).

Pursuant to L. Civ. R. 72.1(c)(1)(A), Plaintiffs' reply brief is due on <u>December 29, 2025</u> (*i.e.* 7 days prior to the January 5, 2026 return date).

**<u>Plaintiffs' Motion to Remand:</u>**

<u>December 15, 2025</u>: Plaintiffs' supplemental brief in support of Plaintiffs' motion to remand is due.

<u>December 31, 2025</u>: Defendants' supplemental brief in opposition to Plaintiffs' motion to remand is due.

**<u>Defendants' Motion for Judgment on the Pleadings:</u>**

No supplemental briefing is necessary. However, if Plaintiffs seek and are permitted to file a supplemental brief, Defendants request the right to file a responsive brief.[1]

---

[1] In the exchange of emails between the parties, Plaintiffs suggested that this motion is now moot. Defendants disagree, of course, and request that the Court consider the briefs and supporting papers already filed and enter an Order dismissing the Complaint with prejudice.

Hon. Matthew J. Skahill, U.S.M.J.
December 2, 2025
Page 3

**Rule 11 Motions and Plaintiffs' Motion for Sanctions:**

No supplemental briefing is necessary. However, if Plaintiffs seek and are permitted to file a supplemental brief, Defendants request the right to file a responsive brief.

Respectfully,

ADAM M. SLATER

cc: Hon. Karen M. Williams, U.S.D.J. (via ECF)
Bruce Nagel, Esq. (via ECF)
Robert Solomon, Esq. (via ECF)