# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS*
BRADLEY L. RICE°
MICHAEL J. PARAGANO°

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

PLEASE REPLY TO
ROSELAND OFFICE

ANDREW I. PEPPER
CHRISTOPHER G. LOBOZZO

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊

COUNSEL
DAVID DiSABATO
LISA CONSIDINE°

OF COUNSEL
RANDEE M. MATLOFF

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊MEMBER OF NJ, NY & DC BARS

December 2, 2025

**Via ECF**
**Honorable Karen M. Williams, U.S.D.J.**
**United States District Court**
**Mitchell H. Cohen Building & U.S. Courthouse**
**4th & Cooper Streets Room 1050**
**Camden, NJ 08101**

> *Re: Johnson, et al. v. Mazie, et al.*
> *Civil Action No.: 1-23-cv-3420-KMW-MJS*

**Dear Judge Williams:**

This firm represents Plaintiffs in the above-captioned matter. The Court requested that counsel submit a proposed briefing schedule regarding the open issues remanded by the Third Circuit. We submitted a briefing schedule to Defendants which incorporated all the issues and also took into account holidays and vacations in the month of December. Defendants rejected our proposed schedule and instead provided a very tight briefing schedule which included briefing deadlines during the last two weeks of December. Since we were not able to agree on what issues actually need to be briefed and to a briefing schedule we hereby submit our own proposed schedule.

The Third Circuit remanded the case to address jurisdictional issues, our motion for statutory sanctions and Defendants' Rule 11 motions.

In addition, Plaintiffs have filed an appeal of Magistrate Judge Skahill's November 18, 2025, order denying discovery. A

briefing schedule for the opposition and reply briefs is needed. As to these issues, we propose the following briefing schedule:

**<u>Jurisdictional Issues</u>**:

**January 16, 2026: Plaintiffs' brief regarding jurisdictional issues**

**February 16, 2026: Defendants' brief in opposition to the jurisdictional issues**

**March 13, 2026: Plaintiffs' Reply brief.**


**<u>Plaintiffs' Motion for Sanctions against Defendants</u>**:

**January 16, 2026: Plaintiffs' brief in support of motion**

**February 16, 2026: Defendants' brief in opposition to motion**

**March 13, 2026: Plaintiffs' reply.**


**<u>Defendants' Rule 11 Motion as to Nagel Rice</u>**:

**January 16, 2026: Defendants' brief in support of motion**

**February 16, 2026: Plaintiffs' brief in opposition**

**March 13, 2026: Defendants' reply.**

**<u>Defendants' Rule 11 Motion as to Plaintiffs' expert Robert Borteck, Esq.</u>**:

**January 16, 2026: Defendants' brief in support of motion**

**February 16, 2026: Plaintiffs' brief in opposition**

**March 13, 2026: Defendants' reply.**

**Appeal of Magistrate Judge Skahill's November 18, 2025 Order:**

**Appeal filed on November 26, 2025 (Dkt. No. 83)**

**Defendants' Opposition due January 16, 2026**

**Plaintiffs' Reply due February 16, 2026.**

There is a significant amount of briefing that is needed. In addition, December is filled with holidays, and I will be on vacation at the end of the month. That is why we propose the January 16, 2026 filing deadline along with the mid-February response and March 13, 2026 reply. We propose consistent filing deadlines for Plaintiffs' appeal which provides Defendants until mid-January, 2026 to submit their opposition and a mid-February 2026 reply date. Defendants proposed deadlines are simply too tight and do not provide us with the time we need to prepare our briefing.

In addition, as part of our meet and confer we were informed that Defendants' position is that there should be no further briefing on Plaintiffs' motion for sanctions against Defendants, Defendants' Rule 11 motion against Nagel Rice and Defendants' Rule 11 motion against Plaintiffs' expert Robert Borteck, Esq. As such, Defendants refused to provide any briefing schedule on these motions. We have no objection if Defendants chose not to file any briefs on these three motions. However, Plaintiffs intend to file briefs and Plaintiff's briefing schedule should be adopted.

Finally, as part of our meet and confer we were informed for the first time that Defendants believe that the Motion for Judgment on the Pleadings that Defendants filed on September 29, 2023, (Dkt. No. 19) is still pending or should be reinstated and that no further briefing be allowed on that motion. Plaintiffs disagree. Any discussion on a briefing schedule for a motion for judgment on the pleadings is premature at this time and must await the Court's ruling on the threshold jurisdictional issues, Plaintiffs' sanction motion and Defendants' Rule 11 motions. In any event, Plaintiffs intend to file briefing on any motion by Defendants for judgment on the pleadings.

We respectfully request that our proposed briefing schedule be entered.

>Respectfully submitted,
>
>s/ *Bruce H. Nagel*
>
>BRUCE H. NAGEL

cc: Honorable Matthew J. Skahill, U.S.M.J. (via ECF)
All Counsel (Via ECF)